IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTORIA GRAUDINS** | : | **CIVIL ACTION** |
| v. | : | |
| **RETRO FITNESS, LLC, et al** | : | NO. 11-6466 |

### O R D E R

      **AND NOW, TO WIT:** this 17th day of July, 2013, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **MICHAEL E. KUNZ**, Clerk of Court

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to
Judge Gene E.K. Pratter

Copies forwarded by ECF to:
Susan B. Ayres
Rufus A. Jennings
Leonard K. Hill
Carla P. Maresca

Copy forwarded by mail to:
Paul Carr